UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PRUDENTIAL INSURANCE COMPANY   :
            OF AMERICA

                                  :      Civil 06-3428 (DRD)

      v.

                                  :          ORDER

DALE ZIMMERMAN, et al

                                  :

It appearing that a notice of call for dismissal pursuant to Rule 41.1(a) has been filed and the plaintiff having responded by filing an affidavit;

It is on this 6th day of May 2008,

O R D E R E D  that the notice of call for dismissal be withdrawn.

                                                   /s/ Dickinson R. Debevoise
                                                  DICKINSON R. DEBEVOISE
                                                  United States Senior Judge